IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

CASE NO: 4:25-cv-00018-SLG

TIMOTHY A. WHITE, JR.,
    Petitioner,

v.

GREENSKY, LLC,
and
GOLDMAN SACHS BANK USA,
    Respondents.

RECEIVED
MAY 09 2025
Clerk, U.S. District Court
Fairbanks, AK

## VERIFIED PETITION AND NOTICE TO VACATE ARBITRATION PROCEEDINGS AND COMPLAINT FOR DECLARATORY AND MONETARY RELIEF

### I. JURISDICTION AND VENUE

1. This Court has jurisdiction pursuant to 28 U.S.C. § 1331, as the claims involve federal statutes including the Truth in Lending Act (TILA), 15 U.S.C. § 1601 et seq., and the Fair Debt Collection Practices Act (FDCPA), 15 U.S.C. § 1692 et seq.

2. Venue is proper in this District under 28 U.S.C. § 1391(b), as Petitioner resides in Fairbanks, Alaska and the underlying consumer transaction is governed by Alaska law.

### II. PARTIES

3. Petitioner, TIMOTHY A. WHITE, JR., is a private man residing at the above address in Fairbanks, Alaska.

4. Respondent GREEN SKY, LLC is a financial services company headquartered in Georgia, doing business nationally including in Alaska.

5. Respondent GOLDMAN SACHS BANK USA is a national banking association

headquartered in New York and associated with the alleged account.

### III. STATEMENT OF FACTS

6. Petitioner initiated AAA Case No. 01-24-0007-7039, to address claims of improper debt handling and violations of consumer protection laws related to an alleged credit card account.

7. Petitioner raised multiple legal defenses and demanded discovery including:

    - Original wet-ink signed agreement;
    - Proof of standing and chain of title;
    - All securitization documents;
    - Financial accounting related to the debt and any related securities.

8. The Arbitrator refused to compel discovery despite repeated motions and failed to enforce consumer protections under Alaska law and AAA Consumer Arbitration Rules.

9. Respondents and their counsel repeatedly attempted to mischaracterize Petitioner by using prejudicial terms such as "sovereign citizen," and insisted that Utah law apply, even though Alaska law governs.

10. No final award has been issued in arbitration. However, the arbitrator submitted an invoice for additional compensation, and the AAA has threatened case closure.

### IV. JUDICIAL NOTICE

11. Petitioner hereby gives formal Judicial Notice under Federal Rule of Evidence 201 that:

    - The Federal Arbitration Act at 9 U.S.C. § 10 provides specific grounds for vacating arbitration where an arbitrator refuses to hear evidence material to the controversy.
    - The Alaska Statutes at § 09.43.120 mirror the federal rule and allow vacatur where an arbitrator fails to conduct the proceeding in a fair and lawful manner.
    - The AAA Consumer Arbitration Rules require that all parties be given equal

opportunity to present relevant evidence and obtain discovery when necessary to protect their claims.

- U.S. Supreme Court precedent (e.g., *Trinsey v. Pagliaro*, 229 F. Supp. 647 (E.D. Pa. 1964)) holds that an attorney's statements are not evidence unless made under oath and based on firsthand knowledge.

- Pro Se litigants are not to be held to the same standards as attorneys (see *Haines v. Kerner*, 404 U.S. 519 (1972); *Erickson v. Pardus*, 551 U.S. 89 (2007)).

12. The failure of the arbitrator to apply these minimum standards of due process, and the Respondents' refusal to produce discovery, justify removal to this Court.

## V. CAUSES OF ACTION

### Count 1: Declaratory Relief

13. Petitioner seeks a declaration that the arbitration proceeding is void and without effect due to legal and procedural failures.

### Count 2: Violation of TILA

14. Respondents failed to disclose material facts regarding the securitization and financial handling of the alleged credit account.

### Count 3: Violation of FDCPA

15. Respondents made deceptive representations about the nature of the debt and their authority to collect.

### Count 4: Breach of Contract and Consumer Fraud

16. By misapplying jurisdictional law, refusing to produce original documentation, and using the arbitration process in bad faith, Respondents breached consumer obligations under Alaska statutes.

## VI. RELIEF REQUESTED

WHEREFORE, Petitioner respectfully requests the Court:

A. VACATE the arbitration proceedings under AAA Case No. 01-24-0007-7039;

B. ENJOIN Respondents from further attempting to arbitrate the matter;

C. ENTER declaratory relief that the arbitration is void;

D. ORDER production of all discovery previously demanded by Petitioner, including but not limited to original agreements, chain of title, and securitization documents; E. AWARD monetary damages as proven at trial;

F. AWARD all costs and such other relief as the Court deems proper.

## VII. EXHIBITS INCORPORATED BY REFERENCE

Petitioner further states that supporting documentation, including but not limited to:

- The Pre-Arbitration Motion to Compel Discovery, (Exhibit A)
- The Motion for Summary Judgment, (Exhibit B)
- AAA correspondence and invoices, (Exhibit C)

and are incorporated by reference as though fully set forth herein.

Respectfully submitted this __9__ day of May, 2025.

/s/ Timothy-Adrian, Jr; White
Timothy A. White, Jr.
TIMOTHY A. WHITE, JR.
Petitioner, Pro Se, Lawful Secured Party
1417 Macfarland Street
Fairbanks, Alaska [99709]

## VERIFICATION

I, Timothy A. White, Jr., being duly sworn, hereby verify that the foregoing statements made in this Verified Petition are true and correct to the best of my knowledge, information, and belief.

/s/ Timothy-Adrian, Jr; White
Timothy A. White, Jr.
TIMOTHY A. WHITE, JR.
Petitioner, Pro Se, Lawful Secured Party
1417 Macfarland Street
Fairbanks, Alaska [99709]

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this Petition and Notice was served upon the following via Certified Mail with Return Receipt:

Sean W. Fleming, Esq.
MacDonald Devin Madden Kenefick & Harris PC
12770 Coit Road, Suite 1100
Dallas, TX 75251
Email: sfleming@macdonalddevin.com

Certified Mail No: _____
Return Receipt No.: _____

Respectfully submitted this ____ day of May, 2025.

/s/ *Timothy-Adren Jr White*

Timothy A. White, Jr.
TIMOTHY A. WHITE, JR.
Petitioner, Pro Se, Lawful Secured Party
1417 Macfarland Street
Fairbanks, Alaska [99709]