# Exhibit C



Western Case Management Center
Sophia Parra
Assistant Vice President
45 E River Park Place West
Suite 308
Fresno, CA 93720
Telephone: (877)528-0880
Fax: (855)433-3046

May 2, 2025

Timothy A. White, Jr.
1417 MacFarland Street
Fairbanks, AK 99709
Via Email to: Timmyw309@gmail.com

Sean W. Fleming, Esq.
MacDonald Devin Madden Kenefick & Harris PC
12770 Coit Road
Suite 1100
Dallas, TX 75251
Via Email to: sfleming@macdonalddevin.com

Case Number: 01-24-0007-7039

Timothy-Adrian White Jr.
-vs-
GreenSky

Dear Parties:

The arbitrator requested the American Arbitration Association (AAA) collect an additional $2,100.00 deposit for anticipated arbitrator compensation. The AAA may request additional compensation throughout the case.

Payment is due no later than May 16, 2025. The Business's billing representative will separately receive an invoice. Please reference the invoice for payment options. The AAA may not grant any extensions to this payment deadline. Please note that the Business's failure to pay the appropriate deposits may result in suspending or closing this case per Consumer Rule R-54.

Sincerely,
/s/
*Aphrodite Bugay on behalf of*
Barbara Phariss
Manager of ADR Services
Direct Dial: (559)490-1865
Email: BarbaraPhariss@adr.org
Fax: (855)433-3046

cc: Ann Broussard, Esq.
    Liliana Esquivel
    Sonia Sorhaindo
    Christian T. Johnson, Esq.



| Invoice Date |
|---|
| 02-May-2025 |
| **Invoice Balance** |
| $2,100.00 |
| **Case #** |
| 01-24-0007-7039-2-BP |

Case Manager: Barbara Phariss
BarbaraPhariss@adr.org
**Pay PIN**: 12226182
Unless instructed otherwise, invoice balance due upon receipt.

# Payment Options

## Paying by Credit Card or eCheck - (Preferred method for quickest receipt of payment)

To pay with a credit card or eCheck online, go to www.adr.org, click on "*File or Access your Case*" and then select "*Quick Pay an Invoice*" and use this **Pay PIN: 12226182**. Please note that, beginning October 2022, where permitted by law, a 2.6% processing fee will be assessed on payments made by credit card; all such processing fees are non-refundable, regardless of whether AAA fees or compensation or expense deposits are later refunded in full or in part. Please note that we no longer accept the American Express card. **There is no processing fee for payments made by echeck or debit cards**.

## Wire Transfer

As information transmitted by the bank is often truncated due to limited space, please email your reference information (Case #/Bill Line #/Program #/Party Name) with the date and amount of your wire, to ensure that your payment is credited promptly and correctly (e.g. 011400021841 P1 or #1234567 P2 or EDU1234). Please email as follows:

For active cases: send to your AAA case representative and corpfinance@adr.org
For new filings (where your case number is not known): send to casefiling@adr.org and corpfinance@adr.org

FOR WIRES / ACH / EFT
**Name of Bank:** Bank of America
**Address:** One Bryant Park, 115 W 42nd St, New York, NY 10036, USA
**Account Name:** American Arbitration Association Inc
**Account Number:** 483094342498
**ABA/Transit Number:** 021000322
**Wire Transit Number:** 026009593
**Reference:** Case # and Bill Line #/Party Name; or Program # (as applicable)
**Swift Code/BIC:** BOFAUS3N

Note: Please take steps to ensure that your bank does in fact wire the entire amount to our account. From time to time, certain banks will keep a portion of the wire transfer for their own service fee, leaving a balance due to the AAA/ICDR.

## Paying by Check

Please return this page with your payment made payable to the **American Arbitration Association** (Please indicate the Case# on the check) and forward to the full address below including the exact lockbox number to avoid any untimely postal returns.

Bank of America Lockbox Services
American Arb Assoc **845299**
1950 N. Stemmons Freeway, Suite 5010
Dallas, TX 75207



| | Invoice Date |
|---|---|
| | 02-May-2025 |
| | **Invoice Balance** |
| | $2,100.00 |
| | **Case #** |
| | 01-24-0007-7039-2-BP |

Case Manager: Barbara Phariss
BarbaraPhariss@adr.org
Pay PIN: 12226182
Unless instructed otherwise, invoice balance due upon receipt.

# Invoice

Sean W. Fleming, Esq.
MacDonald Devin Madden Kenefick &
Harris PC
12770 Coit Road
Suite 1100
Dallas, TX 75251

**Representing:** GreenSky

Re: Timothy-Adrian White Jr.
Vs.
GreenSky

| Bill Line Date | Bill Line # | Description | Due Date | Amount |
|---|---|---|---|---|
| 02-May-2025 | 14269798 | Arbitrator's Compensation Deposit #2 | 02-May-2025 | $2,100.00 |
| | | **Net Due Amount** | | **$2,100.00** |

Corporate Address and Tax ID: American Arbitration Association, 120 Broadway, 21st Floor, New York, NY 10271, EIN: 13-0429745